IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MIRROR WORLDS, LLC | § | |
| | § | |
| VS. | § | Civil Action No. 6:08-CV-88 LED |
| | § | |
| APPLE, INC. | § | JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Mirror Worlds, LLC certifies the following:

Specialty Holdings I, Inc., a Delaware corporation, is the parent corporation of Plaintiff Mirror Worlds, LLC and no publicly held corporation owns 10% or more of its stock.

Date: April 10, 2008

Respectfully submitted,

BY: /s/ Otis Carroll
Otis Carroll, *Lead Counsel*
Texas Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: fedserv@icklaw.com

OF COUNSEL:

Joseph Diamante
Kenneth Stein
Richard An
JENNER & BLOCK, LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Tel: (212) 891-1600
Fax: (212) 891-1699
Email: jdiamante@jenner.com
Email: ran@jenner.com

Dr. Gregory J. Gonsalves
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Tel: (202) 639-6000
Fax: (202) 661-4909
Email: ggonsalves@jenner.com

                                          ATTORNEYS FOR PLAINTIFF
                                          MIRROR WORLDS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 10th day of April, 2008.

                                          /s/ Otis Carroll