IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| Plaintiff | § | |
| vs. | § | CASE NO. 6:08 CV 88 |
| **APPLE, INC.** | § | |
| Defendant | § | |

### ORDER

For the reasons it will issue in an opinion to follow, the Court **DENIES** Apple Inc.'s motion regarding the parties' prosecution bar dispute (Docket No. 86).  At the hearing, Mirror Worlds stipulated that it would agree to the safeguards Magistrate Judge Love described in his recent opinion in *Document Generation Corp. v. Allscripts, LLC*, 6:08cv479, 2009 WL 1766096 (E.D. Tex. June 23, 2009).  The Court **ORDERS** Mirror Worlds to resubmit an agreed version of its proposed protective order with the additional stipulations.

**So ORDERED and SIGNED this 8th day of July, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**