**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant.<br><br>APPLE INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>MIRROR WORLDS LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendants. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
FOR APPLE TO OPPOSE MIRROR WORLDS' MOTION**

    The Court, having considered Apple's Unopposed Motion For Extension of Time for Apple to Oppose Mirror Worlds' Motion to Dismiss finds the Motion should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Apple's Agreed Motion For Extension of Time for Apple to Oppose Mirror Worlds' Motion to Dismiss is hereby GRANTED in its entirety, and that Apple shall be permitted to oppose Mirror Worlds' motion on or before September 3, 2009.

**So ORDERED and SIGNED this 26th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**