IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |
| APPLE INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>MIRROR WORLDS LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendants. | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
FOR APPLE TO OPPOSE MIRROR WORLDS' MOTION**

The Court, having considered Apple and Mirror Worlds' Joint Motion For Extension of Time for Apple to Oppose Mirror Worlds' Motion to Dismiss, finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Apple's Agreed Motion For Extension of Time for Apple to Oppose Mirror Worlds' Motion to Dismiss is hereby GRANTED in its entirety, and that Apple shall be permitted to oppose Mirror Worlds' motion on or before September 10, 2009.

**So ORDERED and SIGNED this 8th day of September, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**