**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MIRROR WORLDS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.<br><br>    Defendant. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |
| APPLE, INC.<br><br>    Counterclaim Plaintiff<br><br>    v.<br><br>MIRROR WORLDS, LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.<br><br>    Counterclaim Defendants. | |

**MIRROR WORLDS TECHNOLOGIES, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counterclaim defendant Mirror Worlds Technologies, Inc. hereby states that it has no parent corporations and that no publicly held corporation owns 10% or more of its stock.

                                                  Respectfully submitted,

Dated: September 14, 2009        BY: */s/ Richard H. An*
                                                  Otis Carroll, *Lead Counsel*
(Texas States Bar No. 03895700)
Deborah Race (Texas State Bar No. 16448700)
IRELAND CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Joseph Diamante (*Pro Hac Vice*)
Kenneth L. Stein (*Pro Hac Vice*)
Richard H. An (*Pro Hac Vice*)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
Email: kstein@stroock.com
Email: ran@stroock.com

ATTORNEYS FOR COUNTERDEFENDANT,
MIRROR WORLDS TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 14th day of September, 2009, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Richard H. An*