IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.<br><br>    Defendant. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |
| APPLE, INC.<br><br>    Counterclaim Plaintiff<br><br>    v.<br><br>MIRROR WORLDS, LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.<br><br>    Counterclaim Defendants. | |

## ORDER GRANTING MOTION TO DISMISS
## APPLE, INC.'S INFRINGEMENT COUNTERCLAIM

CAME ON TO BE CONSIDERED the Motion to Dismiss Apple, Inc.'s Infringement Counterclaim filed by Plaintiff. After consideration, the Court finds that the Motion is meritorious and should be GRANTED.

It is therefore ORDERED that Plaintiff's Motion to Dismiss Apple, Inc.'s Infringement Counterclaim is hereby in all things GRANTED.

**So ORDERED and SIGNED this 21st day of September, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**