**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant.<br><br>APPLE INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>MIRROR WORLDS LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendants. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |

## APPLE INC.'S NOTICE OF COMPLIANCE WITH P. R. 4-2

Defendant and Counterclaim Plaintiff Apple Inc. ("Apple") hereby notifies the Court that Apple's P.R. 4-2 disclosures were served upon counsel for Plaintiff and Counterclaim Defendant Mirror Worlds, LLC and Counterclaim Defendant Mirror Worlds Technologies, Inc. on September 30, 2009 in compliance with the Court's Docket Control Order and the Local Patent Rules.

Dated: October 1, 2009               Respectfully submitted,


   /s/   *Stefani C. Smith*
Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

Matthew Powers
Lead Attorney
Steven Cherensky
Sonal N. Mehta (*Pro Hac Vice*)
Stefani C. Smith (*Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000 (phone)
650-802-3100 (fax)
matt.powers@weil.com
steven.cherensky@weil.com
sonal.mehta@weil.com
stefani.smith@weil.com

**Attorneys for Defendant and
Counterclaim Plaintiff
APPLE INC.**

3

## **CERTIFICATE OF SERVICE**

   This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st day of October, 2009.

                 /s/ *Stefani C. Smith*
                 Stefani C. Smith