IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |
| APPLE INC.,<br><br>  Counterclaim Plaintiff,<br><br>v.<br><br>MIRROR WORLDS LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>  Counterclaim Defendants. | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
FOR THE PARTIES TO COMPLY WITH P.R. 4-3**

The Court, having considered Mirror Worlds, LLC's, Mirror Worlds Technologies, Inc.'s, and Apple Inc.'s Joint Motion For Extension of Time for the parties to comply with Local Patent Rule 4-3, finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Parties' Joint Motion For Extension of Time to comply with Local Patent Rule 4-3 is hereby GRANTED in its entirety, and that the parties shall be permitted to comply with Local Patent Rule 4-3 on or before Friday, November 13, 2009.

**So ORDERED and SIGNED this 2nd day of November, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**