IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:08 CV 88 |
| **APPLE, INC.** | § § | |
| Defendant | § § | |

### ORDER

Having reviewed the parties' Joint Submission of a Technical Advisor, the Court hereby **APPOINTS** Michael T. McLemore as technical advisor to the Court in this action, with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.

**So ORDERED and SIGNED this 3rd day of November, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE