## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **MIRROR WORLDS, LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　　Defendant. | Civil Action No.  6:08-cv-88 LED<br><br>**JURY TRIAL DEMANDED** |
| **APPLE INC.,**<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>**MIRROR WORLDS, LLC,**<br>**MIRROR WORLDS TECHNOLOGIES, INC.,**<br><br>　　　　　Counterclaim Defendants. | |

## <u>ORDER</u>

The Unopposed Motion to Amend the Docket Control Order shall be, and is hereby,

GRANTED.  The Docket Control Order is amended as follows:

| New Deadline | Docket Control Order Item |
|---|---|
| May 13, 2010 | Parties with burden of proof designate expert witnesses (non-construction issues).  Expert witness reports due. |
| May 31, 2010 | Parties designate rebuttal expert witnesses (non-construction issues). Rebuttal expert witness reports due. |
| June 10, 2010 | Discovery Deadline (both fact and expert). |

**So ORDERED and SIGNED this 2nd day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**