# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 88** |
| | § | |
| **APPLE, INC.** | § | |
| | § | |
| **Defendant** | § | |

## ORDER

The Court **DENIES** Apple's Motion for Leave to File Excess Pages (Docket No. 190).  The

Local Rules' page limits ease the burden of motion practice on both the Court and the parties.  This

Court has hundreds of complex cases and deals with a large number of motions each year.  It has

become common practice for parties to regularly expect to exceed the District's page limits on nearly

all briefs filed in this Court, which has placed an increased burden on the Court.  Even small

extensions combine to greatly increase the number of pages of briefing the Court must digest, as well

as ruling on all of the motions to exceed page limits.  Accordingly, the Court **DENIES** the motion.

Apple may refile its Motion for Leave to Amend its Invalidity Contentions in compliance with the

page limits rules within one business day, otherwise the Court will only consider the motion to the

extent it complies with the rules.  *See* Local Rule CV-7(l).  Further, the Court reminds the parties

that all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less

than 1 inch margins.

**So ORDERED and SIGNED this 1st day of June, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**