IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| Plaintiff | § | |
| vs. | § | CASE NO. 6:08 CV 88 |
| **APPLE, INC.** | § | |
| Defendant | § | |

**ORDER**

Mirror World's Motion to Expedite the Briefing Schedule, to Preclude Apple's Amended Invalidity Contentions, and to Strike Portions of the Expert Report of Steven K. Feiner, Ph.D. Regarding Invalidity (Docket No. 192) failed to comply with the Local Rules for the Eastern District of Texas by not being fully double spaced. To be clear, all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins and otherwise conform to the page limits set by the Local Rules or as specifically ordered by this Court.

The Court **STRIKES** Docket No. 192 and **GRANTS** leave to refile the document within one business day. For all future filings, the Court **ORDERS** the parties to strictly comply with the Local Rules for the Eastern District of Texas, particularly Local Rule CV-10 governing the form of pleadings.

So ORDERED and SIGNED this 1st day of June, 2010.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE