# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC | Civil Action No.  6:08-CV-88 LED |
|      Plaintiff, | |
|      v. | JURY TRIAL DEMANDED |
| APPLE, INC. | |
|      Defendant. | |
| APPLE, INC. | |
|      Counterclaim Plaintiff, | |
|      v. | |
| MIRROR WORLDS, LLC, MIRROR WORLDS, TECHNOLOGIES, INC. | |
|      Counterclaim Defendants. | |

## ORDER DENYING MIRROR WORLDS LLC'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE AND EXPEDITED CONSIDERATION OF MIRROR WORLDS LLC'S MOTION TO PRECLUDE APPLE'S AMENDED INVALIDITY CONTENTIONS AND TO STRIKE PORTIONS OF THE EXPERT REPORT OF STEVEN K. FEINER, PH.D. REGARDING INVALIDITY

ON THIS DAY, the Court considered Plaintiff Mirror Worlds LLC's Motion for an Expedited Briefing Schedule and Expedited Consideration of Mirror Worlds LLC's Motion to Preclude Apple's Amended Invalidity Contentions and to Strike Portions of the Expert Report of Steven K. Feiner, Ph.D. Regarding Invalidity, after review of the subject motion and the record of this cause, hereby orders that the motion shall in all things be DENIED.

**So ORDERED and SIGNED this 2nd day of June, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**