**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant.<br><br>APPLE INC.,<br><br>        Counterclaim Plaintiff,<br><br>        v.<br><br>MIRROR WORLDS, LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>        Counterclaim Defendants. | Civil Action No. 6:08-cv-88 LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION FOR
ADDITIONAL TIME TO RESPOND TO DOCKET NOS. 204, 205, 206 AND 215**

BEFORE THE COURT is Apple Inc.'s Unopposed Motion for Additional Time to Respond to Mirror Worlds, LLC's Motion to Docket Nos. 204, 205, 206, and 215. Having reviewed this Motion, the Court finds it is well taken and should be GRANTED.

Accordingly, it is hereby ORDERED that the following deadlines for Apple Inc. to respond to are extended to Thursday, July 15, 2010:

    1)    To Mirror Worlds Technologies, Inc.'s Motion for Leave To Amend Its Answer and Submit Invalidity Contentions (Doc. No. 215).

2) To Mirror Worlds, LLC's Motion To Compel Production of Foreign Sales Information, the Master Disk, and Information Regarding the iPad (Doc. No. 206).

3) To Mirror Worlds, LLC and Mirror Worlds Technologies, Inc.'s Opposition to Apple Inc's Motion To Compel Documents and Interrogatory Responses (Doc. Nos. 204, 231).

4) To Mirror Worlds Technologies, Inc.'s Response to Defendant/Counterclaim Plaintiff Apple Inc's Motion To Strike the Surprise Expert Reports of John Levy, Ph.D. on the Purported Invalidity and Non-Infringement of U.S. Patent No. 6,613,101 (Doc. Nos. 205, 232).

**So ORDERED and SIGNED this 13th day of July, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**