# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC | Civil Action No.  6:08-CV-88 LED |
|      Plaintiff, | |
|      v. | JURY TRIAL DEMANDED |
| APPLE, INC. | |
|      Defendant. | |
| APPLE, INC. | |
|      Counterclaim Plaintiff, | |
|      v. | |
| MIRROR WORLDS, LLC, MIRROR WORLDS, TECHNOLOGIES, INC. | |
|      Counterclaim Defendants. | |

## ORDER GRANTING MIRROR WORLDS UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DOCKET NOS. 220, 221, 223, 224, 225, AND 226 AND CORRESPONDING EXTENSION FOR APPLE INC TO RESPOND TO DOCKET NOS. 227, 228, AND 229

BEFORE THE COURT is Mirror Worlds, LLC ("Mirror Worlds") and Mirror Worlds Technologies, Inc. ("MWT) Unopposed Motion for Additional Time to Respond to Docket Nos. 220, 221, 223, 224, 225, and 226 and Corresponding Extension for Apple Inc. to Respond to Docket Nos. 227, 228, AND 229.  Having reviewed this Motion, the Court finds it is well taken and should be GRANTED.

Accordingly, it is hereby ORDERED that the following deadlines for Mirror Worlds and MWT to respond to are hereby extended to Thursday, July 22, 2010:

1)  To Sealed Motion Under Daubert And Rule 26 To Limit The Testimony And Expert Reports Of John Levy. (D.I. 220).

2) To Motion For Summary Judgment That The Asserted Claims Of U.S. Patent Nos. 6,006,227, 6,638,313, 6,725,427 And 6,768,999 Are Invalid As Anticipated And Obvious. (D.I. 221).

3) To Sealed Motion For Partial Summary Judgment Of Inequitable Conduct Regarding Inventorship Of The '227 Patent. (D.I. 223).

4)  To Sealed Motion For Partial Summary Judgment To Establish Non-Infringement Of Apple's Foreign Products And Exclude Foreign Sales From Any Potential Damages Award. (D.I. 224).

5)  To Sealed Motion For Summary Judgment Of Noninfringement Of U.S. Patent Nos. 6,006,227; 6,638,313; 6,725,427; And 6,768,999.  (D.I. 225).

6)   To Sealed Motion For Partial Summary Judgment Dismissing Mirror Worlds' Allegations Of Willful Infringement. (D.I. 226)

Accordingly, it is hereby ORDERED that the following deadlines for Apple Inc. to respond to are hereby extended to Thursday, July 22, 2010:

7)  To Sealed Motion Under Daubert To Strike Portions Of The Rebuttal Expert Report Of Keith R. Ugone, Ph.D. And To Exclude Ugone's Testimony (D.I. 227).

8)  To Sealed Motion Mirror Worlds, LLC's Motion For Summary Judgment Of No Inequitable Conduct By Mirror Worlds, LLC. (D.I. 228).

9)  To Motion For Summary Judgment Of Invalidity Of US Patent No. 6,613,101.  (D.I. 229).

So ORDERED and SIGNED this 22nd day of July, 2010.

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**