IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant.<br><br>APPLE INC.,<br><br>        Counterclaim Plaintiff,<br><br>        v.<br><br>MIRROR WORLDS, LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>        Counterclaim Defendants. | Civil Action No. 6:08-cv-88 LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND THE
PARTIES' INVALIDITY CONTENTIONS AND TO WITHDRAW RELATED
MOTIONS (DOCKET NOS. 196, 200, 205, AND 215)**

    BEFORE THE COURT is Plaintiff Mirror Worlds LLC ("Mirror Worlds"), Counterclaim Defendant Mirror Worlds Technologies, Inc. ("Mirror Worlds Technologies"), and Defendant / Counterclaim Plaintiff Apple Inc.'s ("Apple's") Joint Motion for Leave To Amend the Parties' Invalidity Contentions and Withdraw Related Motions (Docket Nos. 196, 200, 205, and 215). Having reviewed this Motion, the Court finds it is well taken and should be GRANTED.

    Accordingly, for good cause shown, it is hereby ORDERED that Apple shall be allowed to serve its May 17, 2010 Second Amended Invalidity Contentions (Doc. Nos. 200-3–200-12)

and Mirror Worlds Technologies shall be allowed to serve its June 24, 2010 Invalidity Contentions (Doc. No. 215-12), pursuant to the parties' agreement relating to prior art, as set forth in the July 26, 2010 e-mail from Apple's counsel Allan Soobert to Mirror Worlds' counsel Alex Solo.

It is further ORDERED that the following Motions are withdrawn as moot:

1) Mirror Worlds LLC's Motion To Preclude Apple's Amended Invalidity Contentions and To Strike Portions of the Expert Report of Steven K. Feiner, Ph.D. Regarding Invalidity. (Doc. No. 196.)

2) Apple Inc.'s Motion for Leave To Amend Its Invalidity Contentions. (Doc. No. 200.)

3) Apple Inc's Motion To Strike the Surprise Expert Reports of John Levy, Ph.D. on the Purported Invalidity and Non-Infringement of U.S. Patent No. 6,613,101. (Doc. No. 205.)

4) Mirror Worlds Technologies, Inc.'s Motion for Leave To Amend Its Answer and Submit Invalidity Contentions. (Doc. No. 215.)

**So ORDERED and SIGNED this 3rd day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**