**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MIRROR WORLDS, LLC, | Civil Action No.  6:08-CV-88 LED |
|     Plaintiff, | |
|     v. | JURY TRIAL DEMANDED |
| APPLE, INC., | |
|     Defendant. | |
| APPLE, INC., | |
|     Counterclaim Plaintiff, | |
|     v. | |
| MIRROR WORLDS, LLC, MIRROR WORLDS, TECHNOLOGIES, INC., | |
|     Counterclaim Defendants. | |

**MIRROR WORLDS, LLC'S NOTICE OF DISMISSAL**
**WITH PREJUDICE OF CERTAIN INFRINGEMENT CLAIMS**

Plaintiff Mirror Worlds, LLC ("Mirror Worlds") advises the Court that it agrees to the

dismissal with prejudice of the following claims against the following present[1] and past accused

instrumentalities:

1.  Mirror Worlds agrees to the dismissal with prejudice of its claims that Apple directly

and/or indirectly infringed or infringes claims 13-17 and 20 of U.S. Patent No. 6,006,227 by

---

[1] "present" refers to availability at the close of discovery.

making, using, selling and/or offering to sell the iPhone containing the iPhone OS 3.0 or earlier versions of that operating system.

2.   Mirror Worlds agrees to the dismissal with prejudice of its claims that Apple directly and/or indirectly infringed or infringes claims 22, 25, 26, 29, 32, 34, and 37 of U.S. Patent No. 6,725,427 ("the '427 patent") by making, using, selling and/or offering to sell present and past versions of the iPhone, iPod Touch, iPod Nano, iPod Classic or iPad.

3.   Mirror Worlds agrees to the dismissal with prejudice of its claims that Apple directly and/or indirectly infringes claims 22, 25, 26, 29 and 37 of the '427 patent by making, using, selling and/or offering to sell computers having past or present versions of iTunes, except that Mirror Worlds does not withdraw its claims regarding those claims to the extent that iTunes is running on an Apple computer using an accused Mac OS X operating system (i.e., Tiger, Leopard and Snow Leopard).

4.   Mirror Worlds agrees to the dismissal with prejudice of its claims that Apple directly and/or indirectly infringes claims 22, 25, 26, 29, 34, and 37 of the '427 patent by making, using, selling and/or offering to sell computers having past or present versions of Safari 4, except that Mirror Worlds does not withdraw its claims regarding those claims to the extent that Safari 4 is running on an Apple computer using an accused Mac OS X operating system (i.e., Tiger, Leopard and Snow Leopard).

5.   Mirror Worlds agrees to the dismissal with prejudice of its claims that Apple directly and/or indirectly infringes any claim of the '427 patent by making, using, selling and/or offering to past or present versions of Apple TV.

Mirror Worlds agrees to the dismissal of the above claims with prejudice only as to present and past versions of the accused instrumentalities as described in the discovery provided

on those instrumentalities by Apple.  Mirror Worlds reserves the right to assert infringement should the above instrumentalities be modified to include the patented technology.

Dated: September 1, 2010                         Respectfully submitted,

                                        By:   */s/ Alexander Solo*
                                              _____
                                              Otis Carroll, *Lead Counsel*
                                              (Texas State Bar No. 03895700)
                                              Deborah Race (Texas State Bar No. 16448700)
                                              IRELAND CARROLL & KELLEY, P.C.
                                              6101 S. Broadway, Suite 500
                                              Tyler, Texas 75703
                                              Tel:  (903) 561-1600
                                              Fax: (903) 581-1071
                                              Email: Fedserv@icklaw.com

                                              Joseph Diamante (*Pro Hac Vice*)
                                              Kenneth L. Stein (*Pro Hac Vice*)
                                              Ian G. DiBernardo (*Pro Hac Vice*)
                                              Alexander Solo (*Pro Hac Vice*)
                                              STROOCK & STROOCK & LAVAN LLP
                                              180 Maiden Lane
                                              New York, N.Y. 10038
                                              Tel:  (212) 806-5400
                                              Email: asolo@stroock.com

                                              ATTORNEYS FOR PLAINTIFF MIRROR
                                              WORLDS LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document this 1st day of

September, 2010, via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Alexander Solo*