IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| Plaintiff | § | |
| vs. | § | CASE NO. 6:08-CV-88 |
| **APPLE, INC.** | § | |
| Defendant | § | |

**ORDER**

Having considered the parties' written submissions, the Court **DENIES** Apple's Motion Under Daubert and Rule 26 to Limit the Testimony and Expert Reports of John Levy (Docket No. 220).

So ORDERED and SIGNED this 16th day of September, 2010.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**