# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 88** |
| | § | |
| **APPLE, INC.** | § | |
| | § | |
| **Defendant** | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

## INFRINGEMENT OF THE MIRROR WORLDS PATENTS

1A.  Did Mirror Worlds prove by a preponderance of the evidence that Apple infringed any of the asserted claims of the Mirror Worlds patents identified below?

1B.  Did Mirror Worlds prove by clear and convincing evidence that Apple's infringement, if any, was willful?

**Answer "Yes" or "No" as to each patent in column 1A.  For each patent you answer "Yes" to in column 1A, answer "Yes" or "No" in column 1B.  If you answer "No" in column 1A, do not answer the corresponding column 1B.**

| | 1A (Infringement) | 1B (Willful Infringement) |
|---|---|---|
| '427 Patent: | MG ~~NO~~ YES | YES |
| '227 Patent: | YES | YES |
| '313 Patent: | YES | YES |

## INVALIDITY OF THE MIRROR WORLDS PATENTS

2.     Did Apple prove by clear and convincing evidence that all of the infringed claims, if any, of each of the Mirror Worlds patents identified below are invalid?

**Answer "Yes" or "No" for each listed patent:**

'427 Patent:   _No_
'227 Patent:   _No_
'313 Patent:   _No_

If you found in Question 1 that Mirror Worlds proved that Apple infringed at least one claim of the Mirror Worlds Patents (a "Yes" answer to any patent), and you found in Question 2 that Apple did not prove that all of the infringed claims were invalid (a "No" answer to any patent), then answer Question 3.

## DAMAGES FOR APPLE'S INFRINGEMENT OF THE MIRROR WORLDS PATENTS

3.     What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Mirror Worlds for Apple's infringement?

**Answer with the amount for the '427 Patent**   _208.5 Million_

**Answer with the amount for the '227 Patent**   _208.5 Million_

**Answer with the amount for the '313 Patent**   _208.5 Million_

Signed this ___/___ day of October, 2010

_____
JURY FOREPERSON