UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.<br><br>    Defendant.<br><br>APPLE INC.,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>MIRROR WORLDS, LLC,<br>MIRROR WORLDS TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendants. | Civil Action No. 6:08-CV-88 LED<br><br>JURY TRIAL DEMANDED |

**<u>PLAINTIFFS' LIST OF EXHIBITS ADMITTED ON SEPTEMBER 28, 2010</u>**



Plaintiff's Exhibit List #1

## Plaintiffs' List of Exhibits Admitted on September 28, 2010

| PTX No. | DTX No. |
|---|---|
| 0001 | 0135 |
| 0006 | 0165 |
| 0011 | 0170 |
| 0057 | 0175 |
| 0083 | 0176 |
| 0084 | 0181 |
| 0085 | 0184 |
| 0086 | 0185 |
| 0087 | 0197 |
| 0088 | 0199 |
| 0089 | 0201 |
| 0109 | 0203 |
| 0110 | 0282 |
| 0113 | 0291 |
| 0116 | 0294 |
| 0117 | 0352 |
| 0118 | 0353 |
| 0119 | 0354 |
| 0130 | 0355 |
| 0131 | 0356 |
| 0156 | 0357 |
| 0191 | 0360 |
| 0192 | 0378 |
| 0193 | 0382 |
| 0220 | 0387 |
| 0221 | 0388 |
| 0290 | 0430 |
| 0298 | 0471 |
| 0336 | 0495 |
| 0338 | 0499 |
| 0344 | 0502 |
| 0386 | 0504 |
| 0387 | 0511 |
| 0388 | 0512 |
| 0389 | 0517 |
| 0390 | 0519 |
| 0391 | 0520 |
| 0392 | 0522 |
| 0393 | 0525 |
| 0394 | 0554 |
| 0395 | 0555 |
| 0398 | 0562 |

| PTX No. | DTX No. |
|---|---|
| 0669 | 0563 |
| 0696 | 0569 |
| 0730 | 0572 |
| 0731 | 0573 |
| 0773 | 0582 |
| 0893 | 0588 |
| 0933 | 0589 |
| 0970 | 0774 |
| 0983 | 0777 |
| 1136 | 0818 |
| 1183 obj Not Admitted. | 0922 |
| 1184 | 1007 |
| 1191 | |
| 1660 | |
| 1676 | |
| 1684 | |