# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08-CV-88** |
| | § | |
| **APPLE, INC.** | § | |
| | § | |
| **Defendant** | § | |

## ORDER

The Court will resolve all post-trial issues, including motions under Rules 50 and 59, before entering a final judgment.  Accordingly, the Court **ORDERS** all post-verdict motions and briefs be filed by October 29, 2010, responses by November 12, 2010, replies by November 19, 2010, and surreplies by November 29, 2010.  All post-verdict relief shall be sought in these motions.  The Court will not consider any additional motions or briefing after entering the final judgment.  The Court has considered Apple's request for a one day trial on equitable issues, or in the alternative, briefing and oral argument regarding such issues on the record before the Court in light of the parties' previously filed Proposed Findings of Fact and Conclusions of Law.  The Court will allow briefing to address equitable issues based on the evidence submitted during trial and to address whether there is good cause for re-opening the record.  If the Court finds good cause, a hearing will be held on **Wednesday, December 8, 2010 at 1:30 p.m.**  The Court sets all remaining post-verdict motions for hearing on **Thursday, December 9, 2010 at 9:00 a.m.**  Apple's Emergency Motion to Stay Entry of the Jury Verdict and Judgment (Docket No. 405) is moot and therefore **DENIED.**

Additionally, the Court **ORDERS** that the following page limits shall apply:  (1) a party's

motions and briefs shall not collectively exceed fifty pages, excluding attachments; (2) a party's responses shall not collectively exceed fifty pages, excluding attachments; (3) a party's replies shall not collectively exceed twenty-five pages, excluding attachments; and (4) a party's surreplies shall not collectively exceed twenty-five pages, excluding attachments.  Any briefing on equitable issues is included in these page limits.  The parties shall include specific citations to the record in their briefs.  The Court will not scour the record to determine whether the record supports the party's position.

**So ORDERED and SIGNED this 5th day of October, 2010.**

_____

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**