IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 6:08-cv-88 LED <br><br> JURY TRIAL DEMANDED |
| APPLE INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> MIRROR WORLDS, LLC, <br> MIRROR WORLDS TECHNOLOGIES, INC., <br><br> Counterclaim Defendants. | |

**JOINT MOTION FOR ADDITIONAL TIME FOR RESPONSE TO APPLE'S
MOTION TO SEAL CERTAIN TRIAL EXHIBITS**

Mirror Worlds, LLC ("Mirror Worlds"), Mirror Worlds Technologies, Inc., and Apple Inc. ("Apple") (collectively, "the parties") respectfully submit this Joint Motion for Additional Time for Response to Apple's Motion to Seal Certain Trial Exhibits (D.I. 415).

The parties request a seven-day extension until Thursday, November 4, 2010 for Mirror Worlds to file its responsive brief.

The additional time is sought to facilitate discussion of the issues raised in Apple's

motion and potentially narrow or resolve those issues.

A proposed order is attached.

Respectfully submitted,

| Dated:  October 28, 2010 | Dated:  October 28, 2010 |
|---|---|
| */s/ Alexander Solo* | */s/ Jeffrey G. Randall* |

| | |
|---|---|
| Joseph Diamante<br>Kenneth Stein<br>Ian G. DiBernardo<br>Alexander Solo<br>STROOCK & STROOCK & LAVAN LLP<br>1280 Maiden Lane<br>New York NY  10038<br>Telephone:  212-806-5400<br>Facsimile:  212-581-1071<br>asolo@stroock.com<br><br>Otis Carroll, *Lead Counsel*<br>(Texas States Bar No. 03895700)<br>Deborah Race (Texas State Bar No. 16448700)<br>IRELAND CARROLL & KELLEY, P.C.<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>Tel:  (903) 561-1600<br>Fax: (903) 581-1071<br>Email: Fedserv@icklaw.com<br>Attorneys for MIRROR WORLDS, LLC and MIRROR WORLDS TECHNOLOGIES, INC. | Jeffrey G. Randall<br>Lead Attorney<br>PAUL, HASTINGS, JANOFSKY, AND WALKER LLP<br>1117 S. California Avenue<br>Palo Alto, California  94304-1106<br>Telephone:  (650) 320-1850<br>Facsimile:  (650) 320-1950<br>jeffrandall@paulhastings.com<br><br>Allan M. Soobert<br>PAUL, HASTINGS, JANOFSKY, AND WALKER LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 551-1822<br>Facsimile:  (202) 551-0222<br>allansoobert@paulhastings.com<br><br>S. Christian Platt<br>PAUL, HASTINGS, JANOFSKY, AND WALKER LLP<br>4747 Executive Dr., 12th Floor<br>San Diego, CA 92121<br>Telephone:  (858) 458-3034<br>Facsimile:  (858) 458-3005<br>christianplatt@paulhastings.com |

        Eric M. Albritton
        Texas State Bar No. 00790215
        ALBRITTON LAW FIRM
        P.O. Box 2649
        Longview, Texas 75606
        Telephone: (903) 757-8449
        Facsimile: (903) 758-7397
        ema@emafirm.com

        Counsel for APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 28th day of October, 2010. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Alexander Solo*
Alexander Solo