IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:08 CV 88 |
| | § | |
| **APPLE, INC.** | § | |
| | § | |
| Defendant | § | |

**ORDER**

The Court **DENIES AS MOOT WITHOUT PREJUDICE** the following motions for summary judgment: Docket Nos. 221, 223, 224, 225, 226, 228, 229. As ruled during trial, the Court **DENIED** Docket Nos. 389 and 394 and **GRANTED IN PART AND DENIED IN PART** Docket Nos. 243, 323, 324, 325, 334.

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**