# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 88** |
| | § | |
| **APPLE, INC.** | § | |
| | § | |
| **Defendant** | § | |

## ORDER

Before the Court is Apple's Redaction Request (Docket No. 439) for the redaction of Docket

No. 418 at 105:24-25.  Apple's request is **GRANTED**.

**So ORDERED and SIGNED this 13th day of December, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**