IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **MIRROR WORLDS, LLC** § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CASE NO. 6:08 CV 88 |
| § | |
| **APPLE, INC.** § | |
| § | |
| Defendant § | |

**FINAL JUDGMENT**

Consistent with the Court's Memorandum Opinion and Order entered this date, the Court hereby **ENTERS FINAL JUDGMENT** that Mirror Worlds take nothing against Apple.

**So ORDERED and SIGNED this 4th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**