# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br><br>APPLE, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>MIRROR WORLDS, LLC, MIRROR WORLDS, TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendants. | Civil Action No.  6:08-CV-88 LED |

## MIRROR WORLDS, LLC'S NOTICE OF APPEAL

Plaintiff Mirror Worlds, LLC ("Mirror Worlds") hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the district court in this case on April 4, 2011, and from any and all other orders, rulings, findings and/or conclusions decided adversely to Mirror Worlds, in whole or in part, including, but not limited to, the following:  the April 4, 2011 Memorandum Opinion and Order (Dkt. No. 478); the August 11, 2010 Memorandum Opinion and Order (Dkt. No. 302); the September 29, 2010 Oral Order; the September 30, 2010 Memorandum and Opinion (Dkt. No. 400); and the October 1, 2010 Oral

Ruling on Plaintiff's Motion for Reconsideration Regarding the Court's Grant of JMOL of No Inducement or Contributory Infringement.

Included herewith is payment of the $5 filing fee required by 28 U.S.C. § 1917, and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

Dated: May 2, 2011                                  Respectfully submitted,

By:   */s/ Kenneth L. Stein*
      Otis Carroll, *Lead Counsel*
      (Texas State Bar No. 03895700)
      Deborah Race (Texas State Bar No. 16448700)
      IRELAND CARROLL & KELLEY, P.C.
      6101 S. Broadway, Suite 500
      Tyler, Texas 75703
      Tel: (903) 561-1600
      Fax: (903) 581-1071
      Email: Fedserv@icklaw.com

      Joseph Diamante (*Pro Hac Vice*)
      Kenneth L. Stein (*Pro Hac Vice*)
      Ian G. DiBernardo (*Pro Hac Vice*)
      Charles E. Cantine (*Pro Hac Vice*)
      Alexander Solo (*Pro Hac Vice*)
      Iuliana Tanase (*Pro Hac Vice*)
      STROOCK & STROOCK & LAVAN LLP
      180 Maiden Lane
      New York, N.Y. 10038
      Tel: (212) 806-5400
      Email: asolo@stroock.com

      ATTORNEYS FOR PLAINTIFF MIRROR WORLDS LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 2nd day of May, 2011, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                               */s/ Kenneth L. Stein*