# United States Court of Appeals for the Federal Circuit

2011-1392

MIRROR WORLDS, LLC,

Plaintiff-Appellant,

v.

APPLE INC.,

Defendant-Appellee.

## Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

in CASE NO(S).     08-CV-0088

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED SEP - 4 2012

Jan Horbaly, Clerk

ISSUED AS A MANDATE: DEC 2 8 2012

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JAN - 2 2013 BY DAVID J. MALAND, CLERK, DEPUTY

CERTIFIED COPY I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT